620

Thomas J. Grady, complainant, v. Eileen Grady, defendant.
Eileen Grady, cross complainant, appellee, v. Thomas J. Grady and Peter Maguire, cross defendant, appellant. Gen. No. 35,339.

Opinion filed December 28, 1931.

Norbert B. Tyrrell, LeRoy W. Crawford and Morris A. Haft, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

O. C. Jacobsen, trading as American Brokerage Company, defendant in error, v. Midwest Trading and Securities Corporation, Inc., plaintiff in error. Gen. No. 35,352.

Opinion filed December 28, 1931.

Chapman & Cutler, for plaintiff in error; Charles M. Thomson, of counsel. John F. Voigt, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

Elsor Heater, trading as National Commission Company, defendant in error, v. Midwest Trading and Securities Corporation, Inc., plaintiff in error. Gen. No. 35,353.

Opinion filed December 28, 1931.

Chapman & Cutler, for plaintiff in error; Charles M. Thomson, of counsel. John F. Voigt, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

W. E. Mower, defendant in error, v. Ewald Wirths, plaintiff in error. Gen. No. 35,362.

O'Connor, P. J., dissents. Opinion filed December 28, 1931.

Monahan & Monahan, for plaintiff in error. Church, Haft, Robertson, Crowe & Spence, for defendant in error; Burt A. Crowe and A. R. Hulbert, of counsel.

Mr. Justice Matchett delivered the opinion of the court.